In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00365-CV**
_____

**CHRISTOPHER STAEBLER, Appellant**

**V.**

**FREEDOM MORTGAGE CORPORATION, Appellee**

**On Appeal from the County Court**
**Hardin County, Texas**
**Trial Cause No. 7732**

**MEMORANDUM OPINION**

Christopher Staebler, Appellant, and Freedom Mortgage Corporation, Appellee, filed a Joint Motion to Dismiss Appeal and Enter Judgment. *See* Tex. R. App. P. 42.1(a)(2). The parties inform the Court that Appellee no longer desires to pursue enforcement of the trial court's judgment for possession that is the basis for this appeal. In accordance with the agreement of the parties, we grant the motion, vacate the trial court's judgment without prejudice and without reference to the merits, and dismiss the case as moot. *See* Tex. R. App. P. 43.2(e).

1

JUDGMENT VACATED; CASE DISMISSED.

PER CURIAM

Submitted on July 27, 2023
Opinion Delivered October 12, 2023

Before Horton, Johnson and Wright, JJ.